58182. PARRAMORE et al. v. RYKARD et al.
58183. CITY OF VALDOSTA v. RYKARD et al.

SMITH, Judge.
The judgment in these two cases is affirmed in accordance with Rule 36.
*Judgment affirmed in Cases No. 58182 and 58183. Quillian, P. J., and Birdsong, J., concur.*

CASE No. 58182 ARGUED JULY 10, 1979; CASE No. 58183
SUBMITTED JULY 10, 1979 — DECIDED NOVEMBER 15, 1979.

*Robert Y. Dewar,* for appellants (Case No. 58182).
*Wilby C. Coleman, George T. Talley,* for appellees.
*George T. Talley,* for appellant (Case No. 58183).
*Wilby C. Coleman, Robert Y. Dewar,* for appellees.